IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA,
    PLAINTIFF,

vs.                           Civil No.   08-3026

FRANKLIN T. NANCE,
    DEFENDANT.

## DEFAULT JUDGMENT

The Complaint in the above-entitled action was filed in this Court on June 3, 2008, and after due service of process on the defendant according to law, no appearance, answer or other defense has been served or filed on behalf of the defendant.  Default was duly entered as to the defendant on August 20, 2008.

By reason of this default, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the plaintiff, United States of America, does have and recover of and from the defendant the sum of $9,849.04 plus interest from the date of judgment at the legal rate of 2.05% percent computed daily and compounded annually until paid in full pursuant to 28 U.S.C. § 1961(a) and (b).

IT IS SO ORDERED this 19th day of September, 2008.


                                       /s/ Jimm Larry Hendren
                                     **JIMM LARRY HENDREN**
                                     **UNITED STATES DISTRICT JUDGE**